UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEELA MAYA POUDEL,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. C13-1907RAJ-BAT<br><br>**ORDER REVERSING AND REMANDING** |

   This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. # 20. The court has reviewed the R&R, and observes that the time for objections has passed and no one has objected to the R&R. The court therefore ADOPTS the R&R, REVERSES the decision of the Commissioner, and directs the clerk to REMAND this action to the Social Security Administration for administrative proceedings consistent with the R&R.

   The clerk shall enter judgment for Plaintiff and shall ensure that Judge Tsuchida receives notice of this order.

   DATED this 14th day of July, 2014.

                    *Richard A. Jones*
                    The Honorable Richard A. Jones
                    United States District Court Judge

ORDER REVERSING AND REMANDING - 1